UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60936-GAYLES/WHITE

**DONNIE BURNELL MONROE,**
        **Plaintiff,**

    v.

**BROWARD COUNTY STATE**
**ATTORNEY'S OFFICE, et al.,**
        **Defendants.**
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Patrick A. White's Amended Report of Magistrate Judge [ECF No. 10], entered on May 19, 2017. Plaintiff Donnie Burnell Monroe, who appears in this action *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 on May 11, 2017, against the Broward County State Attorney's Office, Broward County State Attorney Michael Satz, and Assistant State Attorney Jonathan Goodman. [ECF No. 1]. The matter was referred to Judge White for a ruling on all pretrial, nondispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 3]. The Plaintiff filed a motion for leave to proceed *in forma pauperis* [ECF No. 4], which Judge White granted on May 12, 2017 [ECF No. 5].

Judge White's Report recommends that this Court, upon initial screening mandated by the *in forma pauperis* provisions of the Prison Litigation Reform Act, 28 U.S.C. § 1915, dismiss the Plaintiff's Complaint in its entirety as frivolous, for failure to state a claim upon which relief can be granted, and for seeking monetary relief against immune parties, and under 42 U.S.C. § 1997e(e) for failure to allege physical injury. Objections to the Report were due June 2, 2017. To date, no objections have been filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). If no objections are filed, the district court need only review the report and recommendation for "clear error." *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam); *see also* Fed. R. Civ. P. 72 advisory committee's note. The Court has undertaken this review and has found no clear error in the analysis and recommendations stated in the Report. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report [ECF No. 11] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference. The Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**. If the Plaintiff wishes to amend his complaint, he may file a motion seeking the Court's leave to do so.

This action is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of June, 2017.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE